APPROVED
By TMalloy at 9:58 am, Jan 26, 2021

- Price list should reflect the dol (07-04-2019)
- Items 11-12 are related to code upgrades (269,037.56) Insured has a code limit of $10,000.00. Can you leave these as PWI, and I will draft a position letter for code.
- Also confirmed that the ice & water is a code upgrade as well.
- Insured contractors estimate is attached, in the amount of 997,252.03. The main variance being the O/P applied by the General Contractor. If you take that off, the GC estimate is less then our BC estimate.
- Esx file attached for your review.

**Rimkus Consulting Group Inc**

8100 S. Akron Street, Ste. 320
Centennial, CO 80112

Client: Pacific Ocean Alameda Hall
Property: 2200 West Alameda Avenue
Denver, CO 80223

Operator: MHDONLEY

Estimator: Matthew Donley
Position: Building Consulltant
Company: Rimkus Consulting Group Inc.
Business: 8100 South Akron Street Suite 320
Centennial , CO 80112

Business: (720) 660-2954
E-mail: Mdonley@rimkus.com

Type of Estimate: Hail
Date Entered: 1/5/2021 Date Assigned: 5/22/2020
Date Est. Completed: 1/5/2021 Date Job Completed:

Price List: CODE8X_JAN21
Labor Efficiency: Restoration/Service/Remodel
Estimate: 100035908-PACIFIC

This estimate is based upon the documents and photographs provided by William T. Templeton P.E.,, Principal Consultant. Rimkus Consulting Group, Inc. reserves the right to edit the estimate should additional information become available.

Rimkus Consulting Group Inc

8100 S. Akron Street, Ste. 320
Centennial, CO 80112

**100035908-PACIFIC**

**Roof**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 1. Remove Heating and cooling unit - 5 ton, 140 MBH | 13.00 EA | 552.73 | 0.00 | 0.00 | 7,185.49 |
| 2. Install Heating and cooling unit - 5 ton, 140 MBH | 13.00 EA | 0.00 | 4,904.71 | 0.00 | 63,761.23 |
| 3. Retrofit curb | 13.00 EA | 0.00 | 1,403.45 | 1,269.35 | 19,514.20 |
| Roof top units require modification to address the additional insulation to meet building code. | | | | | |
| 4. Crane and operator - 14 ton capacity - 65' extension boom | 16.00 HR | 0.00 | 162.07 | 0.00 | 2,593.12 |
| Crane to remove and return roof top units. | | | | | |
| 5. R&R Power attic vent cover only - metal | 8.00 EA | 12.16 | 108.33 | 20.20 | 984.12 |
| 6. Remove Single ply membrane - Mechanically attached - 45 mil | 350.00 SQ | 74.61 | 0.00 | 0.00 | 26,113.50 |
| 7. Remove Built-up 3 ply roofing - in place | 350.00 SQ | 56.69 | 0.00 | 0.00 | 19,841.50 |
| 8. Remove Insulation - fiberglass board, 1" | 350.00 SQ | 39.35 | 0.00 | 0.00 | 13,772.50 |
| 9. Remove Insulation - fiberglass board, 1" | 350.00 SQ | 39.35 | 0.00 | 0.00 | 13,772.50 |
| 2nd layer of insulation board per William T. Templeton, Report of Findings dated June 19, 2020. | | | | | |
| 10. Glass mat gypsum - 1/4" - primed | 350.00 SQ | 0.00 | 210.56 | 1,715.72 | 75,411.72 |
| 11. Insulation - ISO board, 4" | 350.00 SQ | 0.00 | 499.28 | 5,469.14 | 180,217.14 |
| 12. Insulation - ISO board, 1 1/2" | 350.00 SQ | 0.00 | 247.59 | 2,163.92 | 88,820.42 |
| 13. Taper insulation | 350.00 EA | 0.00 | 255.88 | 3,051.31 | 92,609.31 |
| After review of the Strong Contractors INC estimate I agree that additional labor and material is required to assure the taper across the entire roof to assure proper drainage.<br><br>However their estimate included the removal cost of the taper which is not required. | | | | | |
| 14. Single ply membrane - Fully adhered system - 60 mil | 367.50 SQ | 0.00 | 518.09 | 5,518.75 | 195,916.83 |
| 15. Ice & water barrier | 8,600.00 SF | 0.00 | 1.87 | 271.57 | 16,353.57 |
| 16. R&R Curb flashing - PVC/TPO | 2,170.00 LF | 1.83 | 20.45 | 1,659.01 | 50,006.61 |
| 17. R&R Cap flashing | 710.00 LF | 0.57 | 21.60 | 636.03 | 16,376.73 |
| 18. Mask the surface area per square foot - plastic and tape - 4 mil | 4,000.00 SF | 0.00 | 0.20 | 16.62 | 816.62 |
| Totals: Roof | | | | 21,791.62 | 884,067.11 |

**Rimkus Consulting Group Inc**

8100 S. Akron Street, Ste. 320
Centennial, CO 80112

## General Conditions

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 19. Job-site cargo/storage container - 40' long - per month | 2.00 MO | 0.00 | 115.84 | 19.25 | 250.93 |
| One container to store materials and one to store roof top units. | | | | | |
| 20. Temporary fencing - 1-4 months (per month) | 120.00 LF | 0.00 | 1.67 | 0.00 | 200.40 |
| Security and staging area. | | | | | |
| 21. Fall protection harness and lanyard - per week | 32.00 WK | 0.00 | 22.00 | 0.00 | 704.00 |
| Fall protection for 8 workers for 4 weeks. | | | | | |
| Totals: General Conditions | | | | 19.25 | 1,155.33 |
| **Line Item Totals: 100035908-PACIFIC** | | | | **21,810.87** | **885,222.44** |

**Rimkus Consulting Group Inc**

8100 S. Akron Street, Ste. 320
Centennial, CO 80112

## Summary

| | |
|---|---|
| Line Item Total | 863,411.57 |
| Material Sales Tax | 21,791.62 |
| Storage Rental Tax | 19.25 |
| **Replacement Cost Value** | **$885,222.44** |
| **Net Claim** | **$885,222.44** |

Matthew Donley
Building Consulltant

RIMKUS CONSULTING GROUP, INC. **Rimkus Consulting Group Inc**

8100 S. Akron Street, Ste. 320
Centennial, CO 80112

## Recap of Taxes

| | Material Sales Tax (8.31%) | Manuf. Home Tax (8.31%) | Storage Rental Tax (8.31%) | Local Food Tax (5.41%) |
|---|---|---|---|---|
| **Line Items** | 21,791.62 | 0.00 | 19.25 | 0.00 |
| **Total** | **21,791.62** | **0.00** | **19.25** | **0.00** |

**Rimkus Consulting Group Inc**

8100 S. Akron Street, Ste. 320
Centennial, CO 80112

## Recap by Room

**Estimate: 100035908-PACIFIC**

| | | |
|---|---|---|
| **Roof** | **862,275.49** | **99.87%** |
| **General Conditions** | **1,136.08** | **0.13%** |
| **Subtotal of Areas** | **863,411.57** | **100.00%** |
| **Total** | **863,411.57** | **100.00%** |

RIMKUS CONSULTING GROUP, INC. **Rimkus Consulting Group Inc**

8100 S. Akron Street, Ste. 320
Centennial, CO 80112

## Recap by Category

| Items | Total | % |
|---|---|---|
| CONTENT MANIPULATION | 231.68 | 0.03% |
| GENERAL DEMOLITION | 85,158.57 | 9.62% |
| HEAVY EQUIPMENT | 2,593.12 | 0.29% |
| HEAT, VENT & AIR CONDITIONING | 82,006.08 | 9.26% |
| PAINTING | 800.00 | 0.09% |
| ROOFING | 691,717.72 | 78.14% |
| SCAFFOLDING | 704.00 | 0.08% |
| TEMPORARY REPAIRS | 200.40 | 0.02% |
| Subtotal | 863,411.57 | 97.54% |
| Material Sales Tax | 21,791.62 | 2.46% |
| Storage Rental Tax | 19.25 | 0.00% |
| Total | 885,222.44 | 100.00% |